Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG
MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; and VIRGIN RECORDS
AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE #10,<br>Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Certification of Interested Entities or Persons
Case No.
#32574 v1

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6    The following companies are parents of, or partners in Plaintiff Warner Bros. Records Inc.:
7 WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only
8 Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the
9 U.S.
10   The following companies are parents of, or partners in Plaintiff Sony BMG Music
11 Entertainment: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
12 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
13 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
14 Corporation is publicly traded in the U.S.
15   The following companies are parents of, or partners in Plaintiff UMG Recordings, Inc.:
16 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
17 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
18 publicly traded. Vivendi S.A. is publicly traded in France.
19   The following companies are parents of, or partners in Plaintiff Virgin Records America,
20 Inc.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI
21 Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI
22 Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI
23 Group plc., of which only EMI Group plc. is a publicly traded company.
24 ///
25 ///
26 ///
27 ///
28 ///

1  EMI Group plc. is publicly traded in the U.K.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
WARNER BROS. RECORDS INC.;
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and VIRGIN RECORDS AMERICA, INC.