1

Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP

2

560 Mission Street, 25th Floor
San Francisco, CA  94105-2994

3

Telephone:  (415) 268-2000

4

Facsimile:  (415) 268-1999
Email:      matt.jaksa@hro.com

5

6

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG

7

MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; and VIRGIN RECORDS

8

AMERICA, INC.

9

10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11

12

13

WARNER BROS. RECORDS INC., a Delaware
corporation; SONY BMG MUSIC

14

ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a

15

Delaware corporation; and VIRGIN RECORDS

16

AMERICA, INC., a California corporation,

17

Plaintiffs,

18

v.

19

JOHN DOE #10,

20

Defendant.

*E-filed 10/3/07*

CASE NO.

C 07 4853 HRL

[PROPOSED] ORDER GRANTING
PLAINTIFFS' EX PARTE APPLICATION
FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY

21

22

23

24

25

26

27

28

[Proposed] Order ISO Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32577 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3   ORDERED that Plaintiffs may serve immediate discovery on San Francisco State University

4   to obtain the identity of Defendant John Doe # 10 ("Defendant") by serving a Rule 45 subpoena that

5   seeks documents that identify Defendant, including the name, current (and permanent) address and

6   telephone number, e-mail address, and Media Access Control addresses for Defendant.  The

7   disclosure of this information  is ordered pursuant to 20 U.S.C. s. 1232g(b)(2)(B).

8

9   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

11  under the Copyright Act.

12

13  DATED: _____10/3/07_____         By: _____

14                                                                          HOWARD R. LLOYD

15                                                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[Proposed] Order ISO Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32577 v1