1  Matthew Franklin Jaksa (SBN 248072)
   Holme Roberts & Owen LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105
   matt.jaksa@hro.com
4
5  Attorney for Plaintiffs

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8

9  WARNER BROS. RECORDS, INC., et al.,    No. C 07-04853 HRL

10         Plaintiff(s),                  **CONSENT TO PROCEED BEFORE A
                                          UNITED STATES MAGISTRATE JUDGE**
11     v.

12  JOHN DOE #10,

13         Defendant(s).
                                    /
14

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21  Dated: December 20, 2007            _____
                                        Signature
22
                                        Counsel for  Plaintiffs
23                                      (Plaintiff, Defendant or indicate "pro se")