Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and VIRGIN RECORDS AMERICA, INC.

*E-filed 1/4/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE #10,<br>Defendant. | CASE NO. 5:07-CV-04853-HRL<br><br>Honorable Howard R. Lloyd<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |

| | |
|---|---|
| 1 | Plaintiffs respectfully request that the Court continue the case management conference |
| 2 | currently set for January 8, 2008, at 1:30 p.m. to April 8, 2008. |
| 3 | Plaintiffs filed the Complaint against Defendant John Doe #10 ("Defendant") on September |
| 4 | 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take |
| 5 | Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco |
| 6 | State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify |
| 7 | Defendant. On October 3, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* |
| 8 | Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 |
| 9 | subpoena on SFSU. On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing |
| 10 | Plaintiffs with identifying information including Defendant's name, telephone number, and address. |
| 11 | After learning Defendant's identity, Plaintiffs sent a letter to Defendant on December 4, 2007 |
| 12 | in hopes of resolving this dispute without further litigation, and have attempted to follow up via |
| 13 | telephone and e-mail. If Plaintiffs are unable to contact Defendant and resolve the dispute, Plaintiffs |
| 14 | plan to file an amended complaint naming Defendant personally. |
| 15 | Given the foregoing circumstances, and because there is not yet a named defendant in this |
| 16 | case, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully |
| 17 | request that the Court continue the case management conference currently set for January 8, 2008, at |
| 18 | 1:30 p.m. to April 8, 2008. |

Dated: December 20, 2007                                HOLME ROBERTS & OWEN LLP


By: _____*/s/ Matthew Franklin Jaksa*___
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs

1

Ex Parte Application to Continue CMC and Order
Case No. 5:07-cv-04853-HRL
#34581 v1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause having been shown: |
| 3 | **IT IS ORDERED** that the case management conference currently set for January 8, 2008, at |
| 4 | 1:30 p.m. be continued to April 8, 2008. |

Dated: 1/3/08

By: *[signature]*
Honorable Howard R. Lloyd
United States Magistrate Judge