| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MATTHEW F. JAKSA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA  94105<br>*Telephone No:* 415-268-2000 | *For Court Use Only* |
| *Ref. No or File No.:*<br>SONY BMG, et al. | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* WARNER BROS. RECORDS INC., et al.
*Defendant:* CASEY MELINDA LENTZ

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:07-CV-04853-HRL |
|---|---|---|---|---|

1. I, ANDY ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CASEY MELINDA LENTZ as follows:

2. Documents:   Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Notice To Defendant; Consent To Proceed Before A United States Magistrate Judge; Ex Parte Application To Extend Time To Serve Defendant And Order; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Contents Of Joint Case Management Statement; Order Granting Plaintiffs' Ex Parte Application For Leave To Take Immediate Discovery..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 02/15/08 | 7:00pm | Home | THIS IS STUDENT HOUSING. UNABLE TO GAIN ACCESS TO THE BUILDING. THE OFFICE IS CLOSED. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D  SAN FRANCISCO CA 94132. |
| Mon | 02/18/08 | 9:15am | Home | UNABLE TO GAIN ACCESS TO THE BUILDING. THE OFFICE IS CLOSED. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D  SAN FRANCISCO CA 94132. |
| Tue | 02/19/08 | 12:30pm | Home | THE OFFICE CALLED THE SUBJECT'S APARTMENT. NO RESPONSE. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D  SAN FRANCISCO CA 94132. |
| Thu | 02/21/08 | 10:55am | Home | THE OFFICE CALLED THE SUBJECT'S APARTMENT. NO RESPONSE. THE OFFICE SAID THEY WOULD ACCEPT THE DOCUMENTS ON BEHALF OF THE SUBJECT. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D  SAN FRANCISCO CA 94132. |
| Mon | 02/25/08 | 6:00pm | Home | THE OFFICE CALLED THE SUBJECT'S APARTMENT. NO RESPONSE. THE OFFICE NOW SAYS THEY WILL NOT ACCEPT THE DOCUMENTS ON BEHALF OF THE SUBJECT. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D  SAN FRANCISCO CA 94132. |

| Attorney or Party without Attorney: <br> MATTHEW F. JAKSA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-2000 | Ref. No or File No.: <br> SONY BMG, et al. | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: WARNER BROS. RECORDS INC., et al.
Defendant: CASEY MELINDA LENTZ

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:07-CV-04853-HRL |
|---|---|---|---|---|

SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 02/26/08 | 10:00am | Home | THE OFFICE PERSONEL STATED THE SUBJECT DOES NOT LIVE HERE. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |
| Wed | 02/27/08 | | Home | Returned Not Served on: CASEY MELINDA LENTZ Home - 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO, CA. 94132 |
| Thu | 02/28/08 | 9:00am | Home | THE SAME OFFICE EMPLOYEE LOOKED THROUGH THE LIST OF OCCUPANTS AND KNOCKED ON THE SUBJECT APARTMENT. HE THEN STILL SAID THE SUBJECT DOES NOT LIVE HERE. EMPLOYEE'S DESCRIPTION: W,M,25-30,BROWN HAIR,BROWN EYES,6',170LBS. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |

3. Person Executing
   a. ANDY ESQUER
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2007-0001009
   (iii) County: San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Feb. 28, 2008         AFFIDAVIT OF REASONABLE DILIGENCE         (ANDY ESQUER)