| Attorney or Party without Attorney: <br> MATTHEW F. JAKSA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-2000 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: WARNER BROS. RECORDS INC., et al. <br> Defendant: CASEY MELINDA LENTZ | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:07-CV-04853-HRL |
|---|---|---|---|---|

1. I, K. WYSONG, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CASEY MELINDA LENTZ as follows:

2. Documents: Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Notice To Defendant; Consent To Proceed Before A United States Magistrate Judge; Ex Parte Application To Extend Time To Serve Defendant And Order; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Contents Of Joint Case Management Statement; Order Granting Plaintiffs' Ex Parte Application For Leave To Take Immediate Discovery..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 02/25/08 | 8:50pm | Home | PER SUBJECT'S PARENTS, SUBJECT MOVED OUT LAST SUMMER. THEY DO NOT RECEIVE MAIL FOR HIM HERE AND WOULD NOT PROVIDE A CURRENT ADDRESS FOR THE SUBJECT. I LEFT MY PHONE NUMBER FOR THE SUBJECT TO CALL ME TO ARRANGE SERVICE TIME AND LOCATION. Attempt made by: K. WYSONG. Attempt at: 4521 MORRO BAY STREET OCEANSIDE CA 92057. |
| Wed | 02/27/08 | | Home | Returned Not Served on: CASEY MELINDA LENTZ Home - 4521 MORRO BAY STREET OCEANSIDE, CA. 92057 |

3. Person Executing
   a. K. WYSONG
   b. FIRST LEGAL SUPPORT SERVICES
      1111 6TH AVENUE
      SUITE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 879
      (iii) County: San Diego

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

† Date: Thu, Feb. 28, 2008    **AFFIDAVIT OF REASONABLE DILIGENCE**    (K. WYSONG)