1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; SONY
7  BMG MUSIC ENTERTAINMENT; UMG
   RECORDINGS, INC.; and VIRGIN
8  RECORDS AMERICA, INC.

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11

12 | WARNER BROS. RECORDS INC., a Delaware | CASE NO. 5:07-CV-04853-HRL
   | corporation; SONY BMG MUSIC
13 | ENTERTAINMENT, a Delaware general    | Honorable Howard R. Lloyd
   | partnership; UMG RECORDINGS, INC., a
14 | Delaware corporation; and VIRGIN RECORDS | **DECLARATION OF MATTHEW
   | AMERICA, INC., a California corporation, | FRANKLIN JAKSA IN SUPPORT OF
15 |                                      | PLAINTIFFS'** *EX PARTE* **APPLICATION
16 |            Plaintiffs,               | TO EXTEND TIME TO SERVE
   |                                      | DEFENDANT AND CONTINUE CASE
17 |      v.                              | MANAGEMENT CONFERENCE**
18 |
19 |
   | CASEY MELINDA LENTZ,
20 |
21 |            Defendant.

DECLARATION OF MATTHEW FRANKLIN JAKSA
Case No. 5:07-cv-04853-HRL
#37143 v1

# DECLARATION OF MATTHEW FRANKLIN JAKSA

I, Matthew Franklin Jaksa, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Plaintiffs filed their initial Complaint for Copyright Infringement against a John Doe defendant on September 20, 2007. In order to determine the Doe defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery requesting that the Court enter an order allowing Plaintiffs to serve a Rule 45 subpoena on Defendant's Internet Service Provider – here, San Francisco State University ("SFSU").

3. The Court entered an Order for Leave to take Immediate Discovery on October 3, 2007, which was served upon SFSU along with a Rule 45 subpoena. On November 16, 2007, SFSU responded to Plaintiffs' subpoena, identifying the defendant, Casey Melinda Lentz.

4. Plaintiffs' council then sent a letter to Ms. Lentz advising her that copyright infringement had been detected and providing a telephone number and e-mail address she could use to contact Plaintiffs' representatives to try to resolve the matter.

5. On information and belief, Plaintiffs' settlement representatives made multiple follow-up attempts to contact Ms. Lentz by telephone and e-mail. However, Plaintiffs were unable to reach Ms. Lentz and resolve the matter.

6. On February 8, 2008, Plaintiffs filed the First Amended Complaint naming Ms. Lentz, individually, as the defendant. Plaintiffs then engaged a process server to serve Defendant.

7. Plaintiffs have so far been unable to effectuate service of process on Defendant. The current deadline for service of process is May 5, 2008.

8. From February 15 through February 28, 2008, Plaintiffs made multiple unsuccessful service attempts at 750 Font Boulevard, San Francisco, CA 94132, a student housing complex that Plaintiffs are informed and believe to have been Defendant's university address. Attached as

**Exhibit A** is a true and correct copy of the Affidavit of Reasonable Diligence of Andy Esquer detailing these service attempts, which Affidavit was previously filed with the Court in support of Plaintiffs' March 3, 2008 *Ex Parte* Application to Extend Time to Serve Defendant and Continue Case Management Conference.

9. On February 25, 2008, Plaintiffs attempted to serve Defendant at 4521 Morro Bay St., Oceanside CA, 92057. This address was supplied by SFSU in response to Plaintiffs' subpoena, and Plaintiffs are informed and believe that the address is Defendant's permanent address. Attached as **Exhibit B** is a true and correct copy of the Affidavit of Reasonable Diligence of K. Wysong detailing this service attempt, which Affidavit was previously filed with the Court in support of Plaintiffs' March 3, 2008 *Ex Parte* Application to Extend Time to Serve Defendant and Continue Case Management Conference.

10. Plaintiffs then conducted database research that revealed a possible address for service at 1158 Marion St., Apt. 12, Denver CO, 80218. Attached as **Exhibit C** is a true and correct copy of the Declaration of Non Service of Gordon Mink detailing Plaintiffs' unsuccessful attempt to serve Defendant at this address.

11. Plaintiffs also contracted for a third-party investigation to determine where Defendant could be found and served with process. The investigation report indicates that Defendant receives mail at 4521 Morro Bay St., Oceanside CA, 92057, that the property is owned by the Lentz Family Trust, and that Defendant reported this address in a 2006 credit related application. Attached as **Exhibit D** is a true and correct copy of the Confidential Investigation Report dated April 23, 2008, detailing the results of this investigation.

12. Plaintiffs are again attempting to serve Defendant at 4521 Morro Bay St., Oceanside CA, 92057.

13. The Court has previously granted the following extensions of time in this case: While this case was still in the Doe stage, the Court, by its January 3, 2008 Order, granted a continuance of the case management conference from January 8 to April 8, 2008. Also while this case was in Doe stage, the Court, by its January 22, 2008 Order granted a 45-day extension of time to serve Defendant. After the First Amended Complaint was filed, the Court, by its Order of March 10, 2008

1 | granted a further continuance of the case management conference to June 10, 2008 and a further 63-
2 | day extension of time to serve Defendant.

3 |     14.    I declare under penalty of perjury under the laws of the United States of America that
4 | the foregoing is true and correct.

5 |     Executed this 2nd day of May, 2008, at San Francisco, California.

*[signature]*

Matthew Franklin Jaksa

# EXHIBIT A

| Attorney or Party without Attorney: <br> MATTHEW F. JAKSA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-2000 | | For Court Use Only |
|---|---|---|
| | Ref. No or File No.: <br> SONY BMG, et al. | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: WARNER BROS. RECORDS INC., et al. <br> Defendant: CASEY MELINDA LENTZ | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date:   Time:   Dept/Div: | Case Number: <br> 5:07-CV-04853-HRL |

1. I, ANDY ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CASEY MELINDA LENTZ as follows:

2. Documents:   Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Notice To Defendant; Consent To Proceed Before A United States Magistrate Judge; Ex Parte Application To Extend Time To Serve Defendant And Order; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Contents Of Joint Case Management Statement; Order Granting Plaintiffs' Ex Parte Application For Leave To Take Immediate Discovery..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 02/15/08 | 7:00pm | Home | THIS IS STUDENT HOUSING. UNABLE TO GAIN ACCESS TO THE BUILDING. THE OFFICE IS CLOSED. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |
| Mon | 02/18/08 | 9:15am | Home | UNABLE TO GAIN ACCESS TO THE BUILDING. THE OFFICE IS CLOSED. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |
| Tue | 02/19/08 | 12:30pm | Home | THE OFFICE CALLED THE SUBJECT'S APARTMENT. NO RESPONSE. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |
| Thu | 02/21/08 | 10:55am | Home | THE OFFICE CALLED THE SUBJECT'S APARTMENT. NO RESPONSE. THE OFFICE SAID THEY WOULD ACCEPT THE DOCUMENTS ON BEHALF OF THE SUBJECT. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |
| Mon | 02/25/08 | 6:00pm | Home | THE OFFICE CALLED THE SUBJECT'S APARTMENT. NO RESPONSE. THE OFFICE NOW SAYS THEY WILL NOT ACCEPT THE DOCUMENTS ON BEHALF OF THE SUBJECT. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MATTHEW F. JAKSA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-2000 | Ref. No or File No.:<br>SONY BMG, et al. | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: WARNER BROS. RECORDS INC., et al.<br>Defendant: CASEY MELINDA LENTZ | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:07-CV-04853-HRL |

**SUMMONS & COMPLAINT**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 02/26/08 | 10:00am | Home | THE OFFICE PERSONEL STATED THE SUBJECT DOES NOT LIVE HERE. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |
| Wed | 02/27/08 | | Home | Returned Not Served on: CASEY MELINDA LENTZ Home - 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO, CA. 94132 |
| Thu | 02/28/08 | 9:00am | Home | THE SAME OFFICE EMPLOYEE LOOKED THROUGH THE LIST OF OCCUPANTS AND KNOCKED ON THE SUBJECT APARTMENT. HE THEN STILL SAID THE SUBJECT DOES NOT LIVE HERE. EMPLOYEE'S DESCRIPTION: W,M,25-30,BROWN HAIR,BROWN EYES,6',170LBS. Attempt made by: ANDY ESQUER. Attempt at: 750 FONT BOULEVARD APARTMENT 206-D SAN FRANCISCO CA 94132. |

3. *Person Executing*
   a. ANDY ESQUER
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2007-0001009
   (iii) County: San Francisco

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

† Date: Thu, Feb. 28, 2008        AFFIDAVIT OF REASONABLE DILIGENCE        (ANDY ESQUER)

# EXHIBIT B

Case 5:07-cv-04853-HRL   Document 16   Filed 03/03/2008   Page 1 of 1

| Attorney or Party without Attorney: <br> MATTHEW F. JAKSA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA 94105 <br> Telephone No: 415-268-2000 | | | | For Court Use Only |
|---|---|---|---|---|
| | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | | | |
| Plaintiff: WARNER BROS. RECORDS INC., et al. | | | | |
| Defendant: CASEY MELINDA LENTZ | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:07-CV-04853-HRL |

1. I, K. WYSONG, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CASEY MELINDA LENTZ as follows:

2. *Documents:* **Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Notice To Defendant; Consent To Proceed Before A United States Magistrate Judge; Ex Parte Application To Extend Time To Serve Defendant And Order; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management And Discovery Disputes; Contents Of Joint Case Management Statement; Order Granting Plaintiffs' Ex Parte Application For Leave To Take Immediate Discovery..**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 02/25/08 | 8:50pm | Home | PER SUBJECT'S PARENTS, SUBJECT MOVED OUT LAST SUMMER. THEY DO NOT RECEIVE MAIL FOR HIM HERE AND WOULD NOT PROVIDE A CURRENT ADDRESS FOR THE SUBJECT. I LEFT MY PHONE NUMBER FOR THE SUBJECT TO CALL ME TO ARRANGE SERVICE TIME AND LOCATION. Attempt made by: K. WYSONG. Attempt at: 4521 MORRO BAY STREET OCEANSIDE CA 92057. |
| Wed | 02/27/08 | | Home | Returned Not Served on: CASEY MELINDA LENTZ Home - 4521 MORRO BAY STREET OCEANSIDE, CA. 92057 |

3. *Person Executing*
   a. K. WYSONG
   b. FIRST LEGAL SUPPORT SERVICES
      1111 6TH AVENUE
      SUITE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:*
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 879
      (iii) County: San Diego

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

✝ Date: Thu, Feb. 28, 2008   **AFFIDAVIT OF REASONABLE DILIGENCE**   _____
                                                                        (K. WYSONG)

# EXHIBIT C

IN THE
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WARNER BROS. RECORDS, INC., ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**CASEY MELINDA LENTZ**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **5:07-CV-04853-HRL**<br><br>DECLARATION OF NON SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER GRANTING PLAINTIFF'S EX-PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY; EX-PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND ORDER |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **CASEY MELINDA LENTZ** at the address of: **1158 MARION ST APT. 12, DENVER, Denver County, CO 80218-3049** and was unable to effect service for the following reasons:

**4/29/2008 2:27:00 PM: Per Charlotte Rabadi, a white female resident approx. 40-45 years of age 5'6"-5'8" in height weighing 160-180 lbs with brown hair, Subject not known**

Declarant hereby states under penalty of perjury under the laws of the State of **California** that the statement above is true and correct.

DATED this **30th day of April, 2008**.

_Gordon Mink_

FOR: **HOLME ROBERTS & OWEN, LLP**

ORIGINAL PROOF OF SERVICE

Tracking #: **5352149 SEA**

# EXHIBIT D

4176213

 

633 Yesler Way  Seattle, WA 98104
(866) 521-2950   fax: (866) 408-1717
www.abcinvestigations.com

# Confidential Investigation Report

| | |
|---|---|
| Holme, Roberts & Owen  RIAA  (PFI) | |
| 1700 Lincoln St, #4100 | |
| Denver, CO   80203 | |

### INVESTIGATION NO. 4176213

| | |
|---|---|
| Printed: | Apr 23 2008 |
| Billed: | |
| Case Ref: | LENTZ |
| Total: | $60.00 |

Contact:   / Lisa Parks  303 861-7000          Account No. 104287

| | | | |
|---|---|---|---|
| Subject | LENTZ, Casey Melinda | Information Regarding | Other |
| Date of Birth | 06/16/1987 | | |
| SSN | 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 | Where-When Issued | |
| Descriptors | | | |
| Operators License | | State/Status  / | |
| Residence Address | | | |
| Residence Phone | | Email | |
| Cell | | Voice Mail | |
| Other Addresses | #1) 750 Font Blvd., Apt. 206D, San Francisco, CA 94132 | | |
| | #2) 4521 Morro Bay St., Oceanside, CA 92057 | | |
| | #3) 1158 Marion St., Apt. 12, Denver, CO 80218 | | |
| Licensed Vehicles | | | |
| Spouse | | | |
| Corroboration | An exhaustive search was initiated to identify and locate the subject in private and public records. | | |

Both of the above addresses have been attempted for service (PFI not performing service). These addresses are the only addresses as reported in the application/extension of credit for the subject.

OTHER ADDRESS #1
This address was reported as a residence address in the application/extension of credit (however no dates listed). A postal trace to this address has not been returned as of the date of this report.

No additional records were discovered to verify this address related to the subject.

OTHER ADDRESS #2
The subject reported this address in the application/extension of credit, most recently 7/2006. This location is believed to be the parent of the subject, LINDA A. LENTZ.

The property is owned by LENTZ FAMILY TRUST and the taxes are mailed to this address.

A postal trace to this address was returned marked "Mail delivered as addressed."

OTHER ADDRESS #3
Address as provided by client. No records located verify this address as associated with the subject.

No records were discovered to verify the alias name BOUETT. Further searches of addresses known associated with the subject identified any individuals with this last name.

FURTHER INVESTIGATION:
One record of the subject was found in ORANGE CO. relating to an unlawful detainer action filed 8/2007. No address for the eviction was provided in this filing.

No additional public records indicating the location of the subject were discovered.



633 Yesler Way  Seattle, WA 98104
(866) 521-2950   fax: (866) 408-1717
www.abcinvestigations.com

|  |  |
|---|---|
|  | The Dept. of Defense, Manpower Data center reflects no record the subject is a member of the armed forces. |
| Recommendations | Serve at OTHER ADDRESS #2. This is the only viable address of record for the subject. |
| Status of Service | No service was requested in relation to this file. |
| Other Information |  |

**Wayne Anderson, PI # 988**

*The results of this Investigation are based on criteria and or instructions provided by the client. Should the original information provided to the investigator regarding the Subject be in error, the results of this investigation can also be in error. The information provided in this report is deemed reliable, however, it is not guaranteed to be an exhaustive effort to locate Subject or to locate information regarding Subject. It is a summary of our attempts to locate Subject for purposes of Service of Legal Process, Background Report or Asset Search. The investigator utilizes information provided by the client, obtained from public and private sources and from confidential sources, as approved by the client*