1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; SONY BMG
7  MUSIC ENTERTAINMENT; UMG
   RECORDINGS, INC.; and VIRGIN RECORDS
8  AMERICA, INC.

9

10                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11                 SAN JOSE DIVISION

12

13 | WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation, | CASE NO. 5:07-CV-04853-HRL
14 | | Honorable Howard R. Lloyd
15 | | **REQUEST TO ENTER DEFAULT**
16 | |
17 | Plaintiffs, |
18 |     v. |
19 | |
20 | CASEY MELINDA LENTZ, |
21 | |
22 | Defendant. |

23
24
25
26
27
28

REQUEST TO ENTER DEFAULT
Case No. 5:07-cv-04853-HRL
#38591 v1

1    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2    Plaintiffs hereby request that the Clerk enter default in this matter against Defendant Casey
3    Melinda Lentz ("Defendant") on the ground that Defendant has failed to appear or otherwise respond
4    to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  Declaration of
5    Dawniell Alise Zavala, ¶¶ 3, 5.

6    Plaintiffs served the Summons and Complaint on Defendant on May 3, 2008, by substitute
7    service, as evidenced by the proof of service on file with this Court.  Id. ¶ 2, Exh. A.  Neither
8    Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint.
9    Id. ¶ 4.  Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or
10   in the military service.  Id. ¶¶ 6-7.

11   Dated:  July 7, 2008                              HOLME ROBERTS & OWEN LLP

13                                                    By:  _____/s/ Dawniell Alise Zavala___
14                                                         DAWNIELL ALISE ZAVALA
                                                           Attorney for Plaintiffs

1

REQUEST TO ENTER DEFAULT
Case No. 5:07-cv-04853-HRL
#38591 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On July 7, 2008, I served the foregoing documents described as:

**(1) REQUEST TO ENTER DEFAULT; (2) DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT; and (3)** *EX PARTE* **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Casey Melinda Lentz**
**4521 Morro Bay St.**
**Oceanside, CA  92057**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 7, 2008 at San Francisco, California.

*Della Grant*
Della Grant

1

Proof of Service
Case No. 5:07-cv-04853-HRL
#38591 v1