1  Dawniell Alise Zavala (CA State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; SONY BMG
7  MUSIC ENTERTAINMENT; UMG
   RECORDINGS, INC.; and VIRGIN RECORDS
8  AMERICA, INC.

9

10           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
11                   SAN JOSE DIVISION
12

13  WARNER BROS. RECORDS INC., a Delaware          CASE NO. 5:07-CV-04853-HRL
    corporation; SONY BMG MUSIC
14  ENTERTAINMENT, a Delaware general              Honorable Howard R. Lloyd
    partnership; UMG RECORDINGS, INC., a
15  Delaware corporation; and VIRGIN RECORDS       **DECLARATION OF DAWNIELL ALISE
    AMERICA, INC., a California corporation,       ZAVALA IN SUPPORT OF PLAINTIFFS'
16                                                 REQUEST TO ENTER DEFAULT**
17                  Plaintiffs,
18       v.
19
20  CASEY MELINDA LENTZ,
21
22                  Defendant.
23
24
25
26
27
28

DECLARATION OF DAWNIELL ALISE ZAVALA
Case No. 5:07-cv-04853-HRL
#38589 v1

## DECLARATION OF DAWNIELL ALISE ZAVALA

I, DAWNIELL ALISE ZAVALA, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and the United States District Court, Northern District of California. I am an associate with the law firm of Holme Roberts & Owen LLP, counsel of record for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On February 8, 2008, Plaintiffs filed the First Amended Complaint ("Complaint") in this case against Defendant Casey Melinda Lentz ("Defendant"). Attached as **Exhibit A** is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on May 3, 2008, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. A search for Defendant's name was conducted in the Department of Defense – Manpower Data Center. That search revealed no evidence that Defendant is on active duty military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2008, at San Francisco, California.

*/s/ Dawniell Alise Zavala*
Dawniell Alise Zavala

DECLARATION OF DAWNIELL ALISE ZAVALA
Case No. 5:07-cv-04853-HRL
#38589 v1

# EXHIBIT A



**PFI** | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   Fax: 800 734-6859

# PROCESS SERVICE NOTIFICATION

| | |
|---|---|
| To: HOLME ROBERTS & OWEN, LLP<br>560 MISSION STREET 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | Date: May 15 2008<br>Dispatcher: Angela D.<br>AngelaD@abclegal.com<br>800-324-5619 |
| Attention: Asma Zia<br>Client Ref: | Tracking #: 5352149 |

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp

| | |
|---|---|
| Servee: | CASEY MELINDA LENTZ |
| Person Served: | LINDA LENTZ MOTHER, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 120-140 lbs with brown hair |
| Served By: | J. Goetz |
| Service Date: | May 3 2008 8:25AM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER GRANTING PLAINTIFF'S EX-PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY; EX-PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND ORDER |
| Service Address: | 4521 MORROW BAY ST   OCEANSIDE county of County CALIFORNIA 92057 |
| Court: | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| Case Name: | WARNER BROS. RECORDS, INC., ET AL.,   Plaintiff / Petitioner<br>vs.<br>CASEY MELINDA LENTZ   Defendant / Respondant |
| Case Number: | 5:07-CV-04853-HRL |
| Hearing Date: | |

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.
Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

MATTHEW F. JAKSA 248072
560 MISSION STREET, 25TH FLOOR SAN FRANCISCO
CA
415 268-2000

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| WARNER BROS. RECORDS, INC., ET AL.,    Plaintiff(s)<br>v.<br>CASEY MELINDA LENTZ    Defendant(s) | 5:07-CV-04853-HRL<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action a **I served** copies of the *(specify documents)*:
   **NOTICE TO DEFENDANT; SUMMONS; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT A; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER GRANTING PLAINTIFF'S EX-PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY; EX-PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND ORDER**

2. **Person served:**
   a. ☐ Defendant *(name)*:   CASEY MELINDA LENTZ
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      **LINDA LENTZ MOTHER, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 120-140 lbs with brown hair**
   c. ☒ Address where papers were served: **4521 MORROW BAY ST OCEANSIDE, CA 92057**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
      1. **Papers were served on** *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service**. By leaving copies:
      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** *(date)*: **May 3 2008**    at *(time)*: **8:25:00 AM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** *(date)*: _____
      6. ☐ **due diligence**. I made at least (3) attempts to personally serve the defendant.

| CV-1 (04/01) | PROOF OF SERVICE – SUMMONS AND COMPLAINT | PAGE 1 |

Order No. 5352149 SEA

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   **J. Goetz**
   **2121 FIFTH AVE, SUITE 200, SAN DIEGO, CA 92101**
   **619-232-1920**
   **SD292  San Diego**

   a. Fee for service: $ **70.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 5 2008**

_____
*(Signature)*

CV-1 (04/01)     PROOF OF SERVICE – SUMMONS AND COMPLAINT     PAGE 2
Order No. 5352149 SEA