Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CASEY MELINDA LENTZ,<br><br>Defendant. | CASE NO. 5:07-CV-04853-HRL<br><br>Honorable Howard R. Lloyd<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court vacate the case management conference set for July 15, 2008 at 1:30 p.m.  Defendant is in default, and Plaintiffs have filed a Request to Enter Default on July 7, 2008.  Thus, there appears to be no need for a case management conference at this time.  Accordingly, Plaintiffs respectfully request that the Court vacate the case management conference set for July 15, 2008 at 1:30 p.m.

DATED:  July 7, 2008                                          HOLME ROBERTS & OWEN LLP

                                                              By:  ____/s/ Dawniell Alise Zavala_____
                                                                   DAWNIELL ALISE ZAVALA
                                                                   Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference scheduled for July 15, 2008 at 1:30 p.m. is vacated.

Dated:  _____                      By:  _____
                                                 Honorable Howard R. Lloyd
                                                 United States Magistrate Judge