June 30, 2008



**FILED**

JUL 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California
San Jose Division
280 S. 1st Street, 2nd Floor
San Jose, CA 95113

Case Number: 5:07-cv-04853-HRL
Warner Bros. Records, Inc. v. Casey Melinda Lentz

Dear Honorable Howard R. Lloyd,

I am responding to a complaint served against me for copyright infringement. I must represent myself because, at this time, I do not have the means to hire an attorney to represent me. I have been accused of downloading ten songs from the internet during 2007 while I was in college.

I have asked the plaintiff for a settlement of $500. They have refused. I will not be able to pay the amount the plaintiff is seeking from me.

I would appreciate your consideration in my case to allow me to settle for an amount not greater than $500 or possibly a mediation hearing.

Thank you.

Sincerely,

*Casey Lentz*

Casey M. Lentz