UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 10, 2008

RE: CV 07-04853 HRL      WARNER BROS. RECORDS-v- JOHN DOE et al

Default is declined as to defendant Casey Melinda Lentz on July 10, 2008.

RICHARD W. WIEKING, Clerk

*Betty Walton*
by: Betty Walton
Case Systems Administrator

**DEFAULT DECLINED**
7/9/08
RICHARD W. WIEKING, CLERK
BY _____
DEPUTY CLERK

1  Dawniell Alise Zavala (CA State Bar No. 253130)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
5  Email:     dawniell.zavala@hro.com

6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; SONY BMG
7  MUSIC ENTERTAINMENT; UMG
   RECORDINGS, INC.; and VIRGIN RECORDS
8  AMERICA, INC.

9

10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
12

13 | WARNER BROS. RECORDS INC., a Delaware   | CASE NO. 5:07-CV-04853-HRL
   | corporation; SONY BMG MUSIC
14 | ENTERTAINMENT, a Delaware general       | Honorable Howard R. Lloyd
15 | partnership; UMG RECORDINGS, INC., a
   | Delaware corporation; and VIRGIN RECORDS | **REQUEST TO ENTER DEFAULT**
16 | AMERICA, INC., a California corporation,
17 |                 Plaintiffs,
18 |     v.
19 |
20 | CASEY MELINDA LENTZ,
21 |
22 |                 Defendant.

REQUEST TO ENTER DEFAULT
Case No. 5:07-cv-04853-HRL
#38591 v1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant Casey Melinda Lentz ("Defendant") on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Dawniell Alise Zavala, ¶¶ 3, 5.

Plaintiffs served the Summons and Complaint on Defendant on May 3, 2008, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2, Exh. A. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

Dated: July 7, 2008                             HOLME ROBERTS & OWEN LLP


                                                By:  _____/s/ Dawniell Alise Zavala_____
                                                     DAWNIELL ALISE ZAVALA
                                                     Attorney for Plaintiffs

REQUEST TO ENTER DEFAULT
Case No. 5:07-cv-04853-HRL
#38591 v1

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On July 7, 2008, I served the foregoing documents described as:

**(1) REQUEST TO ENTER DEFAULT; (2) DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT; and (3)** *EX PARTE* **APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Casey Melinda Lentz**
> **4521 Morro Bay St.**
> **Oceanside, CA 92057**

    ☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on July 7, 2008 at San Francisco, California.

*/s/ Della Grant*
_____
Della Grant