*E-filed 07/14/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware Corporation, et. al,<br><br>           Plaintiffs,<br><br>     v.<br><br>CASEY MELINDA LENTZ<br><br>           Defendant.<br>_____/ | Case No. C07-04853  HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING THE EX PARTE APPLICATION TO VACATE THE CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT on the court's own motion, the Case Management Conference set for July 15, 2008 is continued to **August 26, 2008 at 1:30 pm** (Courtroom 2, 5th floor of the United States District Court, San Jose). The parties' joint case management conference statement shall be filed no later than **August 19, 2008**. Plaintiff's Ex Parte Application to Vacate the Case Management Conference is DENIED.

**IT IS SO ORDERED**

Dated: 07/14/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Dawniell Zavala  dawniell.zavala@hro.com

Casey Melinda Lentz,

4521 Morro Bay Street
Oceanside, CA 92057

*Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 07/14/08

           /s/  MPK

        Chambers of Magistrate Judge Howard R. Lloyd