1
2
3
4   August 15, 2008
5
6   United States District Court
7   Northern District of California
    San Jose Division
8   280 S. 1st Street, 2nd Floor
    San Jose, CA 95113
9
10  Case Number: 5:07-cv-04853-HRL
11  Warner Bros. Records, Inc. v. Casey Melinda Lentz
12  Dear Honorable Howard R. Lloyd,
13
14  I do not have the financial means to travel to my conference. Therefore, I am requesting a telephone conference.
15
16  Please let me know if this is acceptable.
17  Sincerely,
18
19  *Casey Lentz* (signature)
20  Casey Lentz
21  4521 Morro Bay Street
    Oceanside, CA 92057
22
23
24
25
26
27
28

**Filed**

AUG 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE