Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CASEY MELINDA LENTZ,<br><br>Defendant. | CASE NO. 5:07-CV-04853-HRL<br><br>Honorable Howard R. Lloyd<br><br>**DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF CASE MANAGEMENT STATEMENT**<br><br>Date of Initial CMC: August 26, 2008<br>Time: 1:30 p.m.<br>Courtroom: 2, 5th Floor<br>Action Filed: September 20, 2007 |

DECLARATION OF DAWNIELL ALISE ZAVALA IN SUPPORT OF CASE MANAGEMENT STATEMENT
Case No. 5:07-cv-04853-HRL
#39437 v1

**DECLARATION OF DAWNIELL ALISE ZAVALA**

I, Dawniell Alise Zavala, declare:

1. I am an associate in the law firm of Holme Roberts & Owen LLP ("HRO"). HRO serves as national counsel for Plaintiffs in this and all similar actions. I have personal knowledge of all facts set forth in this declaration, except as where stated on information and belief. As to such facts, I believe them to be true.

2. Filed herewith is Plaintiffs' separate Case Management Statement. For the reasons set forth below, Plaintiffs have been unable to meet and confer with Defendant and prepare a joint case management statement as ordinarily required by Local Rule 16-9(a).

3. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on September 20, 2007. Plaintiffs did not have sufficient identifying information to name the Defendant individually in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

4. In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, seeking the Court's permission to serve a Rule 45 subpoena on the ISP. The Court entered an Order for Leave to Take Immediate Discovery on October 3, 2007, granting Plaintiffs' request to serve a Rule 45 subpoena on the ISP seeking identifying information including Defendant's true name, address, telephone number, e-mail address, and Media Access Control ("MAC") address.

5. Plaintiffs served their subpoena on the ISP on October 17, 2007. The ISP responded to the subpoena on November 19, 2007, identifying Defendant Casey Melinda Lentz as the holder of the particular IP address at issue on the particular date at issue.

6. After informal attempts to resolve the dispute failed, Plaintiffs filed their First Amended Complaint against Ms. Lentz for copyright infringement. Defendant was served with process on May 3, 2008, and she filed an answer on July 8, 2008.

7. Despite sending Defendant letters via U.S. mail and email on July 8, 2008 and August 4, 2008 urging her to meet and confer with Plaintiffs to set a case management schedule, Defendant failed to respond and discuss this matter further with Plaintiffs. Plaintiffs were finally able to reach

1 Defendant via telephone on August 12, 2008, and the parties discussed settlement of this case, and
2 shortly thereafter, Plaintiffs mailed documents for Defendant to complete to determine whether
3 Defendant qualifies for a reduced settlement.  During this conversation, Defendant confirmed that
4 she is now living in Colorado.  Defendant also stated that she would not be able to attend the case
5 management conference in person, as she is financially unable to travel to California.  Moreover,
6 Defendant is not represented by local counsel.  Thus, Plaintiffs were unable to meet and confer with
7 Defendant regarding the subjects covered in the Standing Order for All Judges of the Northern
8 District of California – Contents of Joint Case Management Statement.

9     I declare under penalty of perjury under the laws of the United States of America that the
10 foregoing is true and correct.

11     Executed this 19th day of August, 2008, at San Francisco, California.

                                              Dawniell Alise Zavala
                                              Attorney for Plaintiffs