*E-filed 8/21/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware Corporation, et. al, <br><br>    Plaintiffs, <br><br>    v. <br><br>CASEY MELINDA LENTZ <br><br>    Defendant. <br>_____/ | Case No. C07-04853 HRL <br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY** |

    The court has received defendant's request to appear telephonically at the August 26, 2008 case management conference. Good cause having been shown, it is therefore ordered that the defendant call the courtroom at (408) 535-5205 on August 26, 2008 at 10:00 am to make her appearance.

**IT IS SO ORDERED**

Dated: 8/21/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Dawniell Zavala   dawniell.zavala@hro.com

Casey Melinda Lentz,

4521 Morro Bay Street
Oceanside, CA 92057

*Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 8/21/08

/s/  MPK

Chambers of Magistrate Judge Howard R. Lloyd