UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   August 26, 2008                                        Time in Court: 11 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Warner Brothers Records, Inc. et al-v-John Doe #10
**CASE NUMBER**: C07-04853HRL
Plaintiff Attorney present: Dawniell Zavala
Defendant Attorney present: Casey Lentz, in pro se, via telephone

---

**PROCEEDINGS: Case Management Conference**


Further Case Management Conference scheduled for October 28, 2008 at 1:30 p.m.

Parties are to continue to work towards settlement.