*E-filed 8/26/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware Corporation, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> CASEY MELINDA LENTZ <br><br> Defendant. | Case No. C07-04853 HRL <br><br> **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The court held a case management conference on August 26, 2008. Plaintiffs appeared through their counsel, and *pro se* defendant appeared telephonically. Both parties expressed interest in imminently settling the case. If the parties are unable to negotiate a settlement before September 26, 2008, counsel for plaintiffs shall contact my chambers to request a settlement conference before a magistrate judge. A further case management conference is set for **October 28, 2008 at 1:30pm**, in courtroom 2, 5th floor, San Jose District Court.

**IT IS SO ORDERED**

Dated:    8/26/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Dawniell Zavala  dawniell.zavala@hro.com

Casey Melinda Lentz,

4521 Morro Bay Street
Oceanside, CA 92057

*Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 8/26/08

                                                  /s/  MPK
                        Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California