*E-filed 10/8/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware Corporation, et. al,<br><br>   Plaintiffs,<br><br>   v.<br><br>CASEY MELINDA LENTZ<br><br>   Defendant.<br>_____/ | Case No. C07-04853  HRL<br><br>**ORDER GRANTING REQUEST FOR SETTLEMENT CONFERENCE; CONTINUING CASE MANAGEMENT CONFERENCE** |

The court held a case management conference on August 26, 2008. Plaintiffs appeared through their counsel, and *pro se* defendant appeared telephonically. Both parties expressed interest in settling the case. The court asked that, if the parties were unable to negotiate a settlement before September 26, 2008, counsel for plaintiffs request a settlement conference before a magistrate judge.

Counsel now requests this settlement conference. At the hearing, *pro se* defendant Lentz indicated her interest in participating in the court's Assisted Settlement Conference Program. To participate, she must sign the Declaration in Support of Application for Assignment to Assisted Settlement Conference Program, and return the declaration to the court.[1] The court reminds defendant that she must participate in the Settlement Conference in person.

The case management conference currently for October 28, 2008 is continued to **January 6, 2009 at 1:30pm**, in courtroom 2, 5th floor, San Jose District Court. Should the

---

[1] A copy of this Declaration will be included with plaintiff's mailed copy of this Order.

parties reach a settlement, counsel for plaintiffs shall inform the court not later than December 30, 2008.

**IT IS SO ORDERED**

Dated: 10/8/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Dawniell Zavala   dawniell.zavala@hro.com

Casey Melinda Lentz,
4521 Morro Bay Street
Oceanside, CA 92057

*Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 10/8/08

                                        /s/  MPK
                        Chambers of Magistrate Judge Howard R. Lloyd