*E-FILED*
December 23, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARNER BROS. RECORDS, INC.,           No. C 07-04853 HRL

       Plaintiff,

v.                                 **ORDER**

CASEY MELINDA LENTZ,

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

       The above entitled action has been assigned to the Assisted Settlement Conference Program.

       Until such time as an assisted settlement counsel is appointed, the requirement of the parties to submit settlement conference statements no later than December 31, 2008 is vacated. After appointment of Assisted Counsel, counsel for plaintiffs and settlement counsel shall contact the undersigned's chambers at 408/535-5357 to schedule the settlement conference and set a new date for submission of statements.

       Defendant is excused from personally attending the settlement conference, but shall be available by telephone throughout the conference.

       IT IS SO ORDERED.

Dated: December 23, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Dawniell Alise Zavala     dawniell.zavala@hro.com, asma.zia@hro.com, della.grant@hro.com, joel.rayala@hro.com, matt.jaksa@hro.com, sharon.kizziah@hro.com

Matthew Franklin Jaksa     matt.jaksa@hro.com, asma.zia@hro.com, dawniell.zavala@hro.com, della.grant@hro.com, joel.rayala@hro.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Casey Melinda Lentz
4521 Morro Bay Street
Oceanside, CA 92057

Dated:  12/23/08

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*