*2/19/09*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware Corporation, et. al, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br> CASEY MELINDA LENTZ <br><br>　　　　Defendant. <br> _____/ | Case No. C07-04853  HRL <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　PLEASE TAKE NOTICE THAT on the court's own motion, the Case Management Conference set for February 24, 2009 is continued to **April 14, 2009 at 1:30 pm** (Courtroom 2, 5th floor of the United States District Court, San Jose). The parties' joint case management conference statement shall be filed no later than **April 7, 2009**.

**IT IS SO ORDERED**

Dated: 2/18/09

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Dawniell Zavala  dawniell.zavala@hro.com

Casey Melinda Lentz,

4521 Morro Bay Street
Oceanside, CA 92057

*Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Dated: 2/18/09

                                          /s/  MPK

                                     Chambers of Magistrate Judge Howard R. Lloyd