*e-filed 3/5/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS, INC., a Delaware Corporation, et. al,<br><br>                    Plaintiffs,<br><br>       v.<br><br>CASEY MELINDA LENTZ,<br><br>                    Defendant. | Case No.   C07-4853-HRL<br><br>**ORDER REMOVING CASE FROM ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

The *pro se* defendant in this case applied to participate in the court's Assisted Settlement Conference Program. The court assigned the case to the program in December 2008. In February 2009, the ADR department informed the court that it was unable to secure counsel for defendant, and had been unable to reach defendant by phone. Accordingly, the case is now REMOVED from the program.

**IT IS SO ORDERED**.

Dated: ___3/2/09_____

_____
HOWARD R. LLOYD
United States Magistrate Judge

Case No.
ORDER REMOVING CASE FROM ASSISTED SETTLEMENT
CONFERENCE PROGRAM

**Notice has been electronically sent to:**

Dawniell Zavala   dawniell.zavala@hro.com

**Notice has been delivered by other means to:**

Casey Melinda Lentz,

4521 Morro Bay Street
Oceanside, CA 92057

Counsel are responsible for providing copies to co-counsel who have not registered for e-filing.

Case No.
ORDER REMOVING CASE FROM ASSISTED SETTLEMENT
CONFERENCE PROGRAM                                    2