**\*\* E-filed 06/05/09 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>          Plaintiffs,<br>     v.<br><br>CASEY MELINDA LENTZ,<br><br>          Defendant.<br>_____ / | No. C07-04853  HRL<br><br>**ORDER AND JUDGMENT**<br><br>**[Re: Docket No. 54]** |

This matter came before this court for hearing on plaintiffs' Motion for Summary Judgment. Defendant Lentz filed no opposition and did not appear at the hearing. Having considered plaintiffs' motion, arguments of counsel, and all other matters presented to the court, it is HEREBY ORDERED THAT plaintiffs' motion is GRANTED. IT IS FURTHER ORDERED AND ADJUDGED that:

    1.    Plaintiffs served Defendant Casey Melinda Lentz ("Defendant") with Plaintiffs' First Request for Admissions on September 26, 2008. Defendant failed to respond to Plaintiffs' First Request for Admissions. The matters contained in Plaintiffs' First Request for Admissions are admitted and conclusively established pursuant to Federal Rule of Civil Procedure 36(b).

    2.    Plaintiffs are the undisputed owners of each of the ten (10) Sound Recordings

1 identified in Exhibit A to Plaintiffs' First Amended Complaint.

2     3.    Defendant violated Plaintiffs' exclusive rights of reproduction and/or distribution for each of the ten (10) Sound Recordings identified in Exhibit A to Plaintiffs' First Amended Complaint.

    4.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten (10) sound recordings listed in Exhibit A to Plaintiffs' First Amended Complaint. Accordingly, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the Sound Recordings listed in Exhibit A to the First Amended Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

    5.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Goodbye," on album "Jagged Little Thrill," by artist "Jagged Edge" (SR# 302-328);
- "Crawling," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "The Way You Make Me Feel," on album "Bad," by artist "Michael Jackson" (SR# 84-256);
- "Cum On Feel The Noize," on album "Metal Health," by artist "Quiet Riot" (SR# 44-868);
- "Nice To Know You," on album "Morning View," by artist "Incubus" (SR# 306-181);
- "Tom Sawyer," on album "Moving Pictures," by artist "Rush" (SR# 25-005);
- "But Not Tonight," on album "Black Celebration," by artist "Depeche Mode" (SR# 70-735);
- "Breathe," on album "Breathe," by artist "Faith Hill" (SR# 276-629);
- "Judith," on album "Mer De Noms," by artist "A Perfect Circle" (SR# 281-642);
- "Man! I Feel Like A Woman," on album "Come On Over," by artist "Shania Twain"(SR# 243-502).

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: June 5, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **Notice will be electronically mailed to:**

Dawniell Alise Zavala  dawniell.zavala@hro.com
Matthew Franklin Jaksa  matt.jaksa@hro.com

**Notice will sent by other means to:**

Casey Melinda Lentz
4521 Morro Bay Street
Oceanside, CA 92057

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

4